UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 11  2 06 PM '02
U.S. DISTRICT COURT
NEW HAVEN CONN

In Re: Peter D. Hirschl                    Grievance No.: 3:02 GP 17 SRU

## INTERIM ORDER OF SUSPENSION

On September 24, 2002 a disciplinary action was opened as a result of the Judgment in a Criminal Case in <u>U.S.A. v. Peter D. Hirschl</u>, Docket No. 3:99 CR 207 AVC, in which Peter D. Hirschl pled guilty to a serious crime as defined in Local Civil Rule 3(e) 5. The records of this court show that the defendant is an attorney admitted to practice before the court as of October 14, 1986 and is subject to the provisions of Local Rule 3.

Therefore, it is hereby ORDERED that Peter D. Hirschl is suspended from practice before this court, pursuant to Local Rule 3(e)2., until final disposition of any disciplinary proceedings commenced as a result of the conviction.

Dated at Bridgeport, Connecticut, this 9th day of October, 2002.

_____
Stefan R. Underhill
United States District Judge