UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| IN RE: PETER D. HIRSCHL | : CIVIL ACTION NO. 3:02GP5(SRU) |
|  | :                              3:02GP17(SRU) |
|  | : |
|  | : April 19, 2005 |

MOTION FOR HEARING AND IMPOSITION OF DISCIPLINE

Counsel for the Federal Grievance Committee now moves for a hearing and imposition of discipline in connection with the two above captioned matters, both involving Attorney Peter D. Hirschl.

The first matter, 3:02GP5(SRU) is set forth in the Amended Presentment dated November 7, 2002 and arises under Local Rules 83.2(f) regarding reciprocal discipline and 83.2(e) regarding conviction of a crime. The second matter, 3:02GP17(SRU) was an automatic suspension under Local Rule 83.2(e)(2), and the substance of that matter is contained within paragraph 5 of the November 7, 2002 Amended Presentment.

Counsel for Mr. Hirschl has contacted Counsel for the Grievance Committee and stated that Mr. Hirschl has been readmitted to the bar of the State of Connecticut, but not yet readmitted in New York. Mr. Hirschl's period of supervised release is not yet ended. Mr. Hirschl's attorney has requested that the matter of Mr. Hirschl's readmission to this bar be addressed sooner rather than later, and Counsel for the Grievance Committee has no objection to taking the matter up.

Under Local Rule 83.2(e), the sole matter to be decided is the extent of the final discipline. Under Local Rule 83.2(f), the Court is to impose the same discipline as the other jurisdictions unless it finds at least one of several specified conditions. Mr. Hirschl and his attorney apparently will attempt to convince the Court that one of these conditions applies here.

Therefore, Counsel for the Grievance Committee hereby moves for a hearing to impose discipline in these matters.

        FEDERAL GRIEVANCE COMMITTEE

        By /s/ Hugh F. Murray, III
           Hugh F. Murray, III – ct11418

        Murtha Cullina LLP
        CityPlace I - 185 Asylum Street
        Hartford, Connecticut  06103-3469
        Telephone:  (860) 240-6000
        Facsimile:  (860) 240-6150
        Email:  hmurray@murthalaw.com

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was mailed first-class, postage prepaid, on this 19th day of April 2005, to:

Jacob D. Zeldes  
Zeldes, Needle & Cooper  
1000 Lafayette Boulevard  
P.O. Box 1740  
Bridgeport, CT 06601-1740

                /s/ Hugh F. Murray, III  
                Hugh F. Murray, III – ct11418

803776